IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COUR
DENVER, COLORADO

Civil Action No. 06-cv-00934-BNB

JUN 1 2 2006

CARLOS E. GAMBOA,

GREGORY C. LANGHAM
CLERK

Applicant,

v.

PEOPLE OF THE STATE OF COLORADO, and
AL ESTEP, Warden,

Respondents.

_____

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

_____

Applicant Carlos E. Gamboa has filed *pro se* an application for a writ of habeas

corpus pursuant to 28 U.S.C. § 2241. The court must construe the application liberally

because Mr. Gamboa is representing himself. *See Haines v. Kerner*, 404 U.S. 519,

520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the

court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the

reasons stated below, Mr. Gamboa will be ordered to file an amended application.

The court has reviewed the habeas corpus application filed in this action and

finds that the application is deficient. First, Mr. Gamboa names an improper party as a

Respondent. Mr. Gamboa is a Colorado state prisoner and he apparently is

challenging a detainer filed against him by the United States Marshal's Service. He

properly names as a Respondent the warden of the facility in which he is incarcerated.

However, he also names the People of the State of Colorado as a Respondent even

though there is no indication that the detainer he is challenging relates to untried state

charges.  Furthermore, although it appears that Mr. Gamboa believes his rights under the Interstate Agreement on Detainers Act (IADA) have been violated, he fails to allege why he believes that his rights under the IADA have been violated, what steps he has taken to assert his rights under the IADA, or why he believes that he is entitled to have the charges against him dismissed.  Therefore, Mr. Gamboa will be ordered to file an amended application to clarify the proper Respondents and to clarify the claims he is asserting in this action.  Accordingly, it is

ORDERED that Mr. Gamboa file **within thirty (30) days from the date of this order** an amended application that complies with this order.  It is

FURTHER ORDERED that the clerk of the court mail to Mr. Gamboa, together with a copy of this order, two copies of the following forms:  Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if Mr. Gamboa fails within the time allowed to file an amended application that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED June 12, 2006, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 06-cv-00934-BNB

Carlos E. Gamboa
DOC# 129332
Ft. Lyons Corr. Facility
P.O. Box 1000
Fort Lyon, CO 81038

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on   6-12-06

GREGORY C. LANGHAM, CLERK

By: _____
                 Deputy Clerk